IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>ASUSTeK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>        Defendants. | )<br>)<br>)<br>) C.A. No. 15-1125 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR *ADMISSIONS PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Michael J. Newton, Patrick J. Flinn, Derek Neilson, Sang (Michael) Lee and Xavier Brandwajn of the law firm of ALSTON & BIRD LLP to represent Defendants ASUSTeK Computer Inc. and Asus Computer International in this matter.

                                                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                        */s/ Rodger D. Smith II*

                                                                       Rodger D. Smith II (#3778)
                                                                       Eleanor G. Tennyson (#5812)
                                                                       1201 North Market Street
                                                                       P.O. Box 1347
                                                                       Wilmington, DE 19899
                                                                       (302) 658-9200
                                                                       rsmith@mnat.com
                                                                       etennyson@mnat.com

                                                                       *Attorneys for Defendants*

January 29, 2016

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael J. Newton, Patrick J. Flinn, Derek Neilson, Sang (Michael) Lee and Xavier Brandwajn is granted.

Date: _____       _____
United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: January 29, 2015    Signed: __/s/ Michael J. Newton__
Michael J. Newton
Texas State Bar No. 24003844
California State Bar No. 156225
Alston & Bird LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139
Phone: 214-922-3423
Fax: 214-922-3863
mike.newton@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and Asus Computer International*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: January 29, 2015

Signed: _____
Derek Neilson
Texas State Bar No. 24072255
Alston & Bird LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139
Phone: 214-922-3409
Fax: 214-922-3839
derek.neilson@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and Asus Computer International*

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: January 29, 2015

Signed: _____
Sang (Michael) Lee
Texas State Bar No. 24083378
Alston & Bird LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139
Phone: 214-922-3464
Fax: 214-922-3894
michael.lee@alston.com

*Attorneys for Defendants ASUSTeK Computer Inc. and Asus Computer International*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: January 29, 2015         Signed: _____
                                Patrick J. Flinn
                                Georgia State Bar No. 264540
                                California State Bar No. 104423
                                Alston & Bird LLP
                                1201 West Peachtree Street, Suite 4900
                                Atlanta, GA 30309-3424
                                Phone: 404-881-7920
                                Fax: 404-253-8370
                                patrick.flinn@alston.com

                                *Attorneys for Defendants ASUSTeK Computer Inc. and Asus Computer International*

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: January 29, 2015            Signed: _____
                                   Xavier M. Brandwajn
                                   California State Bar No. 246218
                                   Alston & Bird LLP
                                   1950 University Avenue, 5th Floor
                                   East Palo Alto, CA 94303
                                   Phone: 650-838-2000
                                   Fax: 650-838-2001
                                   xavier.brandwajn@alston.com

                                   *Attorneys for Defendants ASUSTeK Computer Inc. and Asus Computer International*

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 29, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly<br>Daniel M. Silver<br>Benjamin A. Smyth<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato<br>John D. Carlin<br>Daniel A. Apgar<br>Jonathan M. Sharret<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)