IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ASUSTeK COMPUTER INC. and <br> ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 15-1125 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants ASUSTeK Computer Inc. and ASUS Computer International's Initial Disclosures Under Fed. R. Civ. P. 26(a)(1) and D. Del.'s Default Standard for Discovery Section 3(a)* were caused to be served on June 24, 2016, upon the following in the manner indicated:

Michael P. Kelly                                                                                      VIA ELECTRONIC MAIL
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
*Attorneys for Plaintiffs*

Michael P. Sandonato                                                                           VIA ELECTRONIC MAIL
John D. Carlin
Daniel A. Apgar
Jonathan M. Sharret
FITZPATRICK, CELLA, HARPER &
SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
*Attorneys for Plaintiffs*

-2-

OF COUNSEL:

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000

Xavier Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

June 24, 2016

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eleanor G. Tennyson*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 24, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly<br>Daniel M. Silver<br>Benjamin A. Smyth<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato<br>John D. Carlin<br>Daniel A. Apgar<br>Jonathan M. Sharret<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Eleanor G. Tennyson*
_____
Eleanor G. Tennyson (#5812)