IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ASUSTeK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | C.A. No. 15-1125-GMS |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HTC CORP. and HTC AMERICA, INC.<br><br>Defendants. | C.A. No. 15-1126-GMS |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VISUAL LAND, INC.,<br><br>Defendant. | C.A. No. 15-1127-GMS |
| U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN TELECOM INC., | C.A. No. 15-1128-GMS |

Defendant.

---

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

DOUBLE POWER TECHNOLOGY, INC.,
ZOWEE MARKETING CO., LTD., and
SHENZEN ZOWEE TECH. CO., LTD.,

Defendants.

C.A. No. 15-1130-GMS

---

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

YIFANG USA, INC., d/b/a
E-FUN, INC.,

Defendant.

C.A. No. 15-1131-GMS

---

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

ACER INC. and
ACER AMERICA CORPORATION,

Defendants.

C.A. No. 15-1170-GMS

# ORDER

WHEREAS, on January 27, 2017, Defendants Acer Inc. and Acer America Corporation (collectively "Acer") filed a Motion to Stay the Case Pending *Inter Partes* Review (D.I. 114, C.A. No. 15-1170);

WHEREAS, all defendants joined the Motion (D.I. 104, C.A. No. 15-1125, D.I. 88, C.A. No. 15-1126, D.I. 104, C.A. No. 15-1127, D.I. 86, C.A. No. 15-1128, D.I. 111, C.A. No 15-1130, D.I. 103, C.A. No. 15-1131);

IT IS HERBY ORDERED THAT:

1. The Motion to Stay is **DENIED** without prejudice.[1]

Dated: March 30, 2017

UNITED STATES DISTRICT COURT

[1] Google Inc. has petitioned for *inter partes* review of six of the eleven patents asserted in this case: United States Patent Nos. RE44,913, Case Nos. IPR 2017-00386 and IPR 2017-00387; RE43,564, Case Nos. IPR 2017-00388 and IPR 2017-389; 7,529,806, Case No. 2017-00447; 6,772,114, Case No. 2017-00437; 6,690,387, Case Nos. IPR 2017-00408 and IPR 2017-00409; and 7,184,064, Case Nos. 2017-00410 and 2017-0041. (D.I. 115) Acer moved to stay all proceedings in the case pending the outcome of certain *inter partes* review proceedings brought before the United States Patent and Trademark Office ("USPTO") by non-party Google Inc. Because the USPTO has not instituted *inter partes* review with respect to the patents at issue, the court will deny the Motion.