IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.: 15-1125-GMS<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER APPROVING ADDENDUM TO PROTECTIVE ORDER

In response to discovery requests ("Requests") from Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively "Plaintiffs"), Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively "Defendants") intend to produce certain source code relating to the Android operating system employed in certain ASUS products accused of infringement in this litigation. Proprietary source code of non-party Intel Corporation ("Intel") is embedded in at least some of ASUS' Android codebases. Intel has requested certain additional protections for the information that Defendants may produce in response to Plaintiffs' Requests. Plaintiffs and Defendants have agreed to the additional language proposed by Intel for an addendum to the Protective Order (Dkt. No. 115) entered in this case.

Thus, Defendants hereby respectfully request that the Court enter an Order adding the following provisions to the Protective Order:

24. For any materials designated "INTEL-RESTRICTED CONFIDENTIAL SOURCE CODE" ("Intel's Source Code"), the following additional provisions apply:

(1) Material designated "INTEL-RESTRICTED CONFIDENTIAL SOURCE CODE" may only be transported by the Receiving Party by a person authorized under Paragraph 8.a to another person authorized under Paragraphs 8.a and 8.d by hand delivery. Such "INTEL-RESTRICTED CONFIDENTIAL SOURCE CODE" materials may not be transported or transmitted electronically over a network of any kind, including a LAN, an intranet, or the Internet absent written consent by Intel.

(2) Intel Corporation will be provided reasonable advance written notice by the Receiving Party or Producing Party prior to their disclosure of any "INTEL-RESTRICTED CONFIDENTIAL SOURCE CODE" material during any hearing or trial or in any expert report or briefing or pleading filed with the Court.

(3) If the Receiving Party or Producing Party intends to use "INTEL-RESTRICTED CONFIDENTIAL SOURCE CODE" material at trial, that party shall provide Intel reasonable advance written notice of any pre-trial meet and confer under Paragraph 17 to determine the handling of confidentiality procedures for trial for any such "INTEL-RESTRICTED CONFIDENTIAL SOURCE CODE" material. Intel, at its option, may participate in such pre-trial meet and confers.

(4) During the five (5) business day review period described in Paragraph 10.e, the Producing Party may designate source code that contains the string "Intel" or "intel" in the file or file path name as "INTEL-RESTRICTED CONFIDENTIAL SOURCE CODE." In accordance with Paragraph 7, the Producing Party may later designate other source code as "INTEL-RESTRICTED CONFIDENTIAL SOURCE CODE" if the Producing Party has a good faith basis for believing that

ME1 24950367v.1

the material includes Intel's Source Code and shall provide that basis to the Receiving Party at the time such material is re-designated. The "Challenges to the Designation of Confidential information" provisions of Paragraph 11 apply to any materials designated as "INTEL-RESTRICTED CONFIDENTIAL SOURCE CODE."

**[SIGNATURES ON NEXT PAGE]**

ME1 24950367v.1

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Daniel M. Silver* | /s/ *Rodger D. Smith II* |
| Michael P. Kelly (#2295) | Rodger D. Smith II (#3778) |
| Daniel M. Silver (#4758) | Eleanor G. Tennyson (#5812) |
| Benjamin A. Smyth (#5528) | 1201 North Market Street |
| Renaissance Centre | P.O. Box 1347 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6300 | rsmith@mnat.com |
| mkelly@mccarter.com | etennyson@mnat.com |
| dsilver@mccarter.com | |
| bsmyth@mccarter.com | Michael J. Newton |
| | Derek Neilson |
| Michael P. Sandonato | Sang (Michael) Lee |
| John D. Carlin | ALSTON & BIRD LLP |
| Daniel A. Apgar | 2828 N. Harwood Street, Suite 1800 |
| Jonathan M. Sharret | Dallas, TX 75201-2139 |
| FITZPATRICK, CELLA, HARPER & SCINTO | Patrick J. Flinn |
| 1290 Avenue of the Americas | ALSTON & BIRD LLP |
| New York, NY 10104-3800 | 1201 West Peachtree Street, Suite 4900 |
| (212) 218-2100 | Atlanta, GA 30309-3424 |
| *Attorneys for Plaintiffs* | Xavier M. Brandwajn |
| | ALSTON & BIRD LLP |
| | 1950 University Avenue, 5th Floor |
| | East Palo Alto, CA 94303 |
| | Ross R. Barton |
| | ALSTON & BIRD LLP |
| | 101 South Tyron Street, Suite 4000 |
| | Charlotte, NC 28280-4000 |
| | (704) 444-1000 |
| | Matt Warren |
| | Patrick Shields |
| | Brian Wikner |
| | Erika Mayo |
| | WARREN LEX LLP |
| | 2261 Market Street, No. 606 |
| | San Francisco, CA 94114 |
| | *Attorneys for Defendants ASUSTeK Coumputer Inc. and ASUS Computer International* |

4

KIRKLAND & ELLIS LLP

/s/ *Christopher Lawless*
Christopher Lawless
333 South Hope Street
Los Angeles, CA 90071
T +1 213 680 8217
F +1 213 680 8500
christopher.lawless@kirkland.com

*Attorneys for Non-Party*
*Intel Corporation*

Dated: June 1, 2017

SO ORDERED this 7th day of June, 2017.

_____
The Honorable Gregory M. Sleet

ME1 24950367v.1