**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,**

          **Plaintiffs,**

**v.**

**ASUSTEK COMPUTER INC.,
ASUS COMPUTER INTERNATIONAL,**

          **Defendants.**

Case No.: 15-1125-GMS

JURY TRIAL DEMANDED

**MICROSOFT CORPORATION,**

          **Intervenor-Plaintiff,**

**v.**

**KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,**

          **Intervenor-Defendants.**

**KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,**

          **Intervenor-
          Defendants/Counterclaim
          Plaintiffs in Intervention**

**v.**

**MICROSOFT CORPORATION**

          **Intervenor-
          Plaintiff/Counterclaim
          Defendant in
          Intervention**

**AND**

1

**MICROSOFT MOBILE INC.**

          **Counterclaim Defendant
in Intervention**

---

**KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,**

          **Plaintiffs,**

    **v.**

**ACER INC.,
ACER AMERICA CORPORATION,**

          **Defendants.**

Case No.: 15-1170-GMS

JURY TRIAL DEMANDED

---

**MICROSOFT CORPORATION,**

          **Intervenor-Plaintiff,**

    **v.**

**KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,**

          **Intervenor-Defendants.**

---

**KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,**

          **Intervenor-
Defendants/Counterclaim
Plaintiffs in Intervention**

    **v.**

**MICROSOFT CORPORATION**

          **Intervenor-**

| | |
|---|---|
| | **Plaintiff/Counterclaim Defendant in Intervention** |
| **AND** | |
| **MICROSOFT MOBILE INC.** | |
| | **Counterclaim Defendant in Intervention** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **Plaintiffs' [Corrected] Responses to Acer Defendants' First Set of Interrogatories (Nos. 1-7)** were caused to be served on November 30, 2017 upon the following counsel in the manner indicated:

### VIA EMAIL

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
Patrick A. Fitch
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

ME1 26200953v.1

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TechKnowledge Law Group LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
(650) 517-5200

Bruce R. Genderson
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
bgenderson@wc.com

*Attorneys for Defendants*
*Acer, Inc. and Acer America Corporation*

4

The undersigned counsel hereby certifies that true and correct copies of **Plaintiffs'**

**[Corrected] Responses to Asus Defendants' First Set of Interrogatories (Nos. 1-7)** were

caused to be served on November 30, 2017 upon the following counsel in the manner indicated:

<u>**VIA EMAIL**</u>

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
Patrick A. Fitch
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

ME1 26200953v.1

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

Kevin Hardy
Aaron P. Maurer
David M. Krinsky
Christopher A. Suarez
Sanjiv P. Laud
Christopher S. Geyer
Bruce R. Genderson
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
khardy@wc.com
amaurer@wc.com
dkrinsky@wc.com
csuarez@wc.com
slaud@wc.com
cgeyer@wc.com
bgenderson@wc.com

*Attorneys for Defendants*
*Asustek Computer Inc. and Asus Computer International*

Dated:  December 1, 2017

OF COUNSEL:

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
Robert S. Pickens
FITZPATRICK, CELLA, HARPER &
SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
*msandonato@fchs.com*
*jcarlin@fchs.com*
*jsharret@fchs.com*
*dapgar@fchs.com*
*rpickens@fchs.com*

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*mkelly@mccarter.com*
*dsilver@mccarter.com*
*bsmyth@mccarter.com*

*Attorneys for Plaintiffs*

7