IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, | ) ) ) ) | |
| v. | ) ) | C.A. No. 15-1125 (GMS) |
| ASUSTeK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| MICROSOFT CORPORATION, | ) ) | |
| Intervenor-Plaintiff/ Counterclaim Defendant in Intervention, | ) ) ) ) | |
| and | ) ) | |
| MICROSOFT MOBILE INC., | ) ) | |
| Counterclaim Defendant in Intervention. | ) ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 15-1126 (GMS) |
| HTC CORP. and HTC AMERICA, | ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, <br><br> v. <br><br> YIFANG USA, INC. D/B/A E-FUN, INC., <br><br> Defendants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/ Counterclaim Defendant in Intervention, <br><br> and <br><br> MICROSOFT MOBILE INC., <br><br> Counterclaim Defendant in Intervention. | C.A. No. 15-1131 (GMS) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, <br><br> Plaintiffs/Intervenor-Defendants/Counterclaim Plaintiffs in Intervention, <br><br> v. <br><br> ACER INC. and ACER AMERICA CORPORATION, <br><br> Defendants, <br><br> and <br><br> MICROSOFT CORPORATION, <br><br> Intervenor-Plaintiff/ Counterclaim Defendant in | C.A. No. 15-1170 (GMS) |

|  |  |
|---|---|
| Intervention, | ) |
| and | ) |
|  | ) |
| MICROSOFT MOBILE INC., | ) |
|  | ) |
| Counterclaim Defendant in Intervention. | ) |

### NOTICE OF DEPOSITION OF LEONARDUS G. M. BEUK

PLEASE TAKE NOTICE that, under Rules 26 and 30 of the Federal Rules of Civil Procedure, and the agreement of the parties, Defendants in the above-captioned actions and Intervenor-Plaintiff Microsoft Corporation will take the oral deposition of Leonardus G.M. Beuk, before a notary public or other such officer authorized by law to administer oaths.

The deposition will commence at 9:00 a.m., Central European Time, on February 22, 2018, at the law offices of Simmons & Simmons, Claude Debussylaan 247, 1082 MC, Amsterdam, The Netherlands, and will continue from day to day until completed. The deposition will be recorded by stenographic and videographic means.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

OF COUNSEL:

Matthew Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA  94114
(415) 895-2940

Bruce R. Genderson
Kevin Hardy
Aaron P. Maurer
David M. Krinsky
Christopher A. Suarez
Sanjiv P. Laud
Christopher S. Geyer
Kyle E. Thomason
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

*Attorneys for Defendants Acer Inc., Acer America Corporation, ASUSTeK Computer Inc. and ASUS Computer International*

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
(650) 517-5200

*Attorneys for Defendants Acer Inc. and Acer America Corporation*

Michael J. Newton
Derek Neilson
Michael Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201
(214) 922-3400

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309
(404) 881-7000

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
(650) 838-2000

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC  28280
(704) 444-1000

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

SHAW KELLER LLP

*/s/ Andrew E. Russell*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew E. Russell (#5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

OF COUNSEL:

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
Antoine McNamara
Stevan Stark
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

SHAW KELLER LLP

*/s/ Andrew E. Russell*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew E. Russell (#5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun, Inc.*

OF COUNSEL:

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

|  |  |
|---|---|
| SHAW KELLER LLP<br><br>*/s/ Andrew E. Russell*<br>_____<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Intervenor-Plaintiff/Counterclaim Defendants Microsoft Corporation and Microsoft Mobile, Inc.* | OF COUNSEL:<br><br>Chad Campbell<br>Jared W. Crop<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012-2788<br>(602) 351-8000<br><br>Judy Jennison<br>Christina McCullough<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>(206) 359-8000<br><br>Patrick J. McKeever<br>PERKINS COIE LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA 92130<br>(858) 720-5722 |

February 16, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 16, 2018, upon the following in the manner indicated:

Michael P. Kelly, Esquire                                                                                    *VIA ELECTRONIC MAIL*
Daniel M. Silver, Esquire
Benjamin A. Smyth, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
*Attorneys for Koninklijke Philips N.V. and U.S.*
*Philips Corporation*

Michael P. Sandonato, Esquire                                                                         *VIA ELECTRONIC MAIL*
John D. Carlin, Esquire
Daniel A. Apgar, Esquire
Jonathan M. Sharret, Esquire
Robert S. Pickens, Esquire
Jaime F. Cardenas-Navia, Esquire
Christopher M. Gerson, Esquire
Joyce L. Nadipuram, Esquire
Natalie Lieber, Esquire
Sean M. McCarthy, Esquire
Caitlyn N. Bingaman, Esquire
Nicole Yvonne Stoddard, Esquire
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
*Attorneys for Koninklijke Philips N.V. and U.S.*
*Philips Corporation*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)