# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,       Plaintiffs, <br><br> v. <br><br> ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL,       Defendants. <br><br> MICROSOFT CORPORATION,       Intervenor-Plaintiff, <br><br> v. <br><br> KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,       Intervenor-Defendants. | C.A. No. 15-1125-GMS <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' OBJECTIONS AND RESPONSES TO ASUSTEK'S SECOND REQUEST FOR PRODUCTION TO PLAINTIFF (NOS. 2-96)** were caused to be served on March 5, 2018 upon the following counsel in the manner indicated:

**VIA EMAIL**

Rodger D. Smith II
Eleanor G. Tennyson
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
Patrick A. Fitch
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

Kevin Hardy
Aaron P. Maurer

|  |  |
|---|---|
|  | David M. Krinsky<br>Christopher A. Suarez<br>Sanjiv P. Laud<br>Christopher S. Geyer<br>Bruce R. Genderson<br>Kyle E. Thomason<br>Joelle P. Justus<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000<br><br>*Attorneys for Defendants*<br>*Asustek Computer Inc. and Asus Computer International* |
| Dated: March 5, 2018 | MCCARTER & ENGLISH, LLP<br><br>/s/ Daniel M. Silver<br>Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Benjamin A. Smyth (#5528)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>bsmyth@mccarter.com<br><br>*Attorneys for Plaintiffs* |
| OF COUNSEL:<br><br>Michael P. Sandonato<br>John D. Carlin<br>Christopher M. Gerson<br>Jonathan M. Sharret<br>Daniel A. Apgar<br>Robert S. Pickens<br>Sean M. McCarthy<br>Jaime F. Cardenas-Navia<br>Joyce L. Nadipuram<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>Tel: (212) 218-2100<br>Fax: (212) 218-2200<br>msandonato@fchs.com<br>jcarlin@fchs.com<br>cgerson@fchs.com<br>jsharret@fchs.com<br>dapgar@fchs.com<br>rpickens@fchs.com<br>smccarthy@fchs.com<br>jcardenas-navia@fchs.com<br>jnadipuram@fchs.com |  |